No. 128. UNITED STATES *v.* AMERICAN CAN Co.;
No. 129. SAME *v.* MISSOURI CAN Co.; and
No. 130. SAME *v.* DETROIT CAN Co. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General*

540

*Hughes, Assistant Attorney General Willebrandt,* and *Mr. Millar E. McGilchrist* for the United States. *Mr. Graham Sumner* for respondents.